NUMBER 13-10-00258-CR

 

                                 COURT
OF APPEALS

 

                     THIRTEENTH
DISTRICT OF TEXAS

 

                         CORPUS
CHRISTI - EDINBURG

____________________________________________________________

 

OSEFEL
BEY,                                                                                 Appellant,

 

                                                             v.

 

THE
STATE OF TEXAS,                                                                 Appellee.

____________________________________________________________

 

                            On
appeal from the 24th District Court

                                      of
Jackson County, Texas.

____________________________________________________________

 

                                MEMORANDUM
OPINION

 

                Before
Chief Justice Valdez and Justices Yañez and Garza

                                   Memorandum
Opinion Per Curiam

 








Appellant,
Osefel Bey, by and through his attorney, has filed a motion to dismiss his
appeal because he no longer desires to prosecute it.  See Tex. R. App. P. 42.2(a).  Without
passing on the merits of the case, we grant the motion to dismiss pursuant to
Texas Rule of Appellate Procedure 42.2(a) and dismiss the appeal.  Having
dismissed the appeal at appellant's request, no motion for rehearing will be
entertained, and our 




 

mandate will
issue forthwith.

PER
CURIAM

 

Do not publish.  

Tex. R. App.
P. 47.2(b).  

Delivered and filed the 

5th day of August, 2010.